UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| REGINALD BLOUNT, DESMOND WHATLEY, DAVID BARTLESON, And KIRK L. JIMMERSON, JR.,<br><br>    Plaintiffs,<br><br>v.<br><br>FLEET COURIER, INC.; STRYKER CORPORATION; ABC INSURANCE COMPANY,<br><br>    Defendant. | Case No.:20-CV-01790<br><br>Jury Trial Demanded |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY AGREED AND STIPULATED to by and between the parties, through their counsel of record, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action shall be dismissed without a court order, including all claims alleged and claims that could have been alleged, with prejudice and without further cost to any party.

Date: July 20, 2021    BY:  s:/ Carlos R. Pastrana
    Nathaniel Cade, Jr.
    Carlos R. Pastrana
    Attorneys for Plaintiffs
    Cade Law Group
    P.O. Box 170887
    Milwaukee, WI 53217
    Phone: 414-255-3802
    nate@cade-law.com
    carlos@cade-law.com

Date: July 20, 2021    BY:  s:/ Danielle M. Nardick
    Michael C. Lueder
    Danielle M. Nardick
    Attorneys for Defendants
    301 N. Broadway, Suite 400
    Milwaukee, WI 53202
    Phone: 414-455-7676
    mlueder@hansenreynolds.com
    dnardick@hansenreynolds.com